CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY
Dawn Whalen Theiss
Assistant United States Attorney
Texas Bar No. 24051755
1100 Commerce St., Ste. 300
Dallas, Texas 75242
dawn.theiss@usdoj.gov
Telephone: 214-659-8600
Facsimile:  214-659-8807
Attorneys for Department of Education

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | |
| KRISTAL OLVERA,<br>    Debtor | Case Number:  24-33605-MVL-7<br><br>(Chapter 7) |
| KRISTAL OLVERA,<br>    Plaintiff, | |
| v. | Adv. No. 24-03096-MVL |
| UNITED STATES DEPARTMENT OF<br>EDUCATION,<br>    Defendant. | |

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Debtor/Plaintiff Kristal Olvera ("Plaintiff" or "Debtor") and Defendant United States

Department of Education ("Defendant") (collectively, the "Parties"), stipulate to the dismissal of

this adversary proceeding without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Fed.R.Civ.P.

made applicable by Rule 7041 of the Fed.R.Bank.P.

Dated: April 23, 2025

Respectfully submitted,

*For Plaintiff:*

*/s/ Hudson M. Jobe*
Hudson M. Jobe
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563

*For Defendant:*

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*/s/ Dawn Whalen Theiss*
Dawn Whalen Theiss
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8628
Fax: 214-659-8807
dawn.theiss@usdoj.gov

**Stipulation of Dismissal - Page 2 of 2**